UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CLEMENTE,

    Plaintiff,

  v.

T. PARCIASEPE, et al.,

    Defendants.

No.  2:14-cv-0611 KJN P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the current form used by this district.  Use of the current form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2).  Moreover, plaintiff failed to sign the application.  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.  Plaintiff provided a certified trust account statement (ECF No. 2 at 3-4), so he is not required to re-submit another trust account statement.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice;

1

1       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
2  Forma Pauperis By a Prisoner; and
3       3.  Plaintiff shall submit, within thirty days from the date of this order, a completed and
4  signed application to proceed in forma pauperis on the current form provided with this order.  The
5  completed application must bear the case number assigned to this action.  Plaintiff's failure to
6  comply with this order may result in the dismissal of this action without prejudice.
7  Dated:  March 18, 2014

clem0611.3d

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE