UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE, | No. 2:14-cv-0611 KJN P |
| Plaintiff, | |
| v. | ORDER |
| T. PARCIASEPE, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 18, 2014, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Moreover, plaintiff did not answer questions 3(a) through 3(e). Accordingly, plaintiff will be provided the opportunity to submit a properly completed application and the certified copy in support of his application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this

1

1  action be dismissed without prejudice.

2      2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

3  Forma Pauperis By a Prisoner.

4  Dated:  April 2, 2014

6  clem0611.3e(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2