UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. PARCIASEPE, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0611 MCE KJN P<br><br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983.  On April 13, 2015, plaintiff filed a letter in which he states that after his placement in administrative segregation on March 19, 2015, plaintiff was informed that his property, including his legal materials, was lost.  Plaintiff claims that he is unable to proceed without his legal materials unless counsel is appointed to represent him.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, defendants shall inform the court as to the status of plaintiff's legal materials.

Dated:  April 22, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/clem0611.fb

1