UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE,<br><br>    Plaintiff,<br><br>    v.<br><br>T. PARCIASEPE,<br><br>    Defendant. | No. 2:14-cv-0611 MCE KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel. On July 13, 2015, the court requested that the litigation coordinator at Mule Creek State Prison advise the court of plaintiff's access to his legal materials, including documents he had given to another inmate, Alonzo Joseph. On July 15, 2015, counsel for defendant filed a response, indicating that Mr. Joseph sent the opposition to defendant's counsel, but apparently did not file it with the court. On July 23, 2015, the litigation coordinator responded, confirming that Mr. Joseph sent the document to defendant's counsel, and noting that plaintiff had received his copy and now has access to his legal materials. On July 22, 2015, plaintiff confirmed that he had received the opposition, but that the proposed opposition is not complete, and therefore requested an opportunity to submit his opposition within the forty-five day extension of time provided to plaintiff in the July 13, 2015 order.

////

////

     Good cause appearing, plaintiff's request is granted.  Plaintiff shall file his opposition on or before August 28, 2015; defendant's reply is due seven days thereafter.

     Accordingly, IT IS HEREBY ORDERED that plaintiff shall file his opposition to the motion for summary judgment on or before August 28, 2015.  Defendant's reply shall be filed seven days thereafter.

Dated:  July 29, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

clem0611.eotc