UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CLEMENTE,

        Plaintiff,                     No. 2:14-cv-0611 MCE KJN P

vs.

T. PARCIASEPE,

        Defendant.              **ORDER & WRIT OF HABEAS CORPUS**
/         **AD TESTIFICANDUM**

      Marcelino Clemente, inmate #C-46479, a necessary and material witness in proceedings in this case on May 25, 2017, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, California 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at Mule Creek State Prison on May 25, 2017, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Mule Creek State Prison, P.O. Box 409099, Ione, CA 95640:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: April 20, 2017

                                                        *Kendall J. Newman*
                                                         KENDALL J. NEWMAN
                                                         UNITED STATES MAGISTRATE JUDGE

/clem0611.841vc