RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Jamil R. Ghannam, SBN 300730

Attorneys for Defendant,
T. PARCIASEPE

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CLEMENTE,<br><br>          Plaintiff,<br><br>vs.<br><br>T. PARCIASEPE, et al.,<br><br>          Defendants. | Case No.: 2:14-cv-00611 MCE KJN P<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff MARCELINO CLEMENTE, appearing *in pro per*, and Defendant T. PARCIASEPE, by and through his attorney Shanan L. Hewitt, that this action is dismissed in its entirety with prejudice.

In consideration of the Stipulation entered by the above-named parties to the United States District Court Eastern District of California action, *Clemente v. Parciasepe, et al*, Case 2:14-cv-00611 MCE KJN, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

| | | |
|---|---|---|
| Dated: <u>5/25/17</u> | | /s/ Marcelino Clemente |
| | | MARCELINO CLEMENTE |
| | | Plaintiff, In Pro Per |

| | | |
|---|---|---|
| Dated: <u>5/25/17</u> | | /s/ Shanan L. Hewitt |
| | | SHANAN L. HEWITT |
| | | Attorney for Defendant |
| | | T. PARCIASEPE |

**IT IS SO ORDERED.**

Dated: May 31, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cle611.dis
KC